IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Shari MacNeel,** | ) | |
| Plaintiff, | ) | Civil Action No: 1:19-cv-00990 |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Saul,** | ) | Magistrate Judge Litkovitz |
| **Commissioner** | ) | |
| **of Social Security,** | ) | |
| Defendant. | ) | |

## **ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The findings of the ALJ, including the prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). During said proceedings, the Appeals Council will affirm the finding of disability beginning on June 12, 2017. In regards to the unfavorable period at issue, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing; if necessary obtain supplemental medical expert evidence; further consider the medical opinions in the record from Dr. Rivera and Dr. Schwartzman pursuant to 20 CFR § 404.1527 and § 416.927; further consider the claimant's residual functional capacity; if necessary obtain supplemental vocational expert evidence; and issue a new decision for the period prior to June 12, 2017.

Date: 8/5/2020

Entered: *Karen L. Litkovitz*